**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHRISTOPHER ROBERT KOZA,

                Plaintiff,                        22 **CIVIL** 0889 (GWG)

     -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated September 18, 2023, Koza's motion for judgment on the pleadings (Docket # 14) is denied, and the Commissioner's cross-motion for judgment on the pleadings (Docket # 17) is granted.

**Dated:**  New York, New York
           September 18, 2023

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                             **BY:**
                                                           _____
                                                                 **Deputy Clerk**